UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL MOBLEY,<br>          Appellant | CIVIL ACTION<br>NO. 09-CV-0662 |
| VERSUS | |
| MICHAEL J. ASTRUE,<br>          Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Mobley's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ___ day of May, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE